Edward D. Boyack
Nevada Bar No. 005229
**BOYACK BECK & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@edblaw.net
702.562.3415
702.562.3570 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PITTMAN,<br><br>Defendant. | CASE NO. 2:01-cv-01476-KJD-PAL |

### RENEWAL OF JUDGMENT

The Application of Judgment Creditor for Renewal of Judgment for the renewal of the Default Judgment entered by this Court on December 23, 2002 having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Board of Trustees of the Southern California IBEW-NECA Pension Trust Fund's Application for Renewal of Judgment against Judgment Debtor John Pittman is approved in the amount of $33,139.49.

DATED this __8th__ day of __January, 2013__.

_____
UNITED STATES DISTRICT JUDGE

Page 1 of 2

1 | Submitted by:

2 | BOYACK BECK & TAYLOR

3 |

4 | By: _____
         EDWARD D. BOYACK
5 |      Nevada Bar No. 005229
         401 N. Buffalo Drive #202
6 |      Las Vegas, Nevada 89145
         *Attorneys for Plaintiff/Judgment Creditor*

7 |

8 | CASE NO. 2:01-cv-01476-KJD-PAL



1 EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
2 JEFFREY J. ORR, ESQ.
Nevada Bar No. 7854
3 DOYLE, BERMAN & BOYACK
7881 W. Charleston Blvd., Suite 155
4 Las Vegas, NV 89117
(702) 873-1622
5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
SOUTHERN CALIFORNIA IBEW-
NECA PENSION TRUST FUND,

    Plaintiffs,

vs.

JOHN PITTMAN,

    Defendant.

CASE NO. CV-S-01-1476-KJD (PAL)

**ENTRY OF DEFAULT JUDGMENT**

Plaintiffs, BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND, having filed an Application for Entry of Default Judgment against Defendant, JOHN PITTMAN, pursuant to Rule 55 of the Federal Rules of Civil Procedure; this Defendant having failed to respond to or answer Plaintiff's Complaint previously served upon Defendant; the Clerk of the Court having entered Default against this Defendant; and, this Court having now given due consideration to Plaintiff's application for such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiffs; the Court being further advised in the matter and there having been no appearance of any kind by this Defendant, it is therefore,

...

...

S:\Plaintiff & Misc Cases\Board of Trustees\Plead\ENTRY OF DEFAULT JUDGMENT.wpd

15

1  ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiffs, and
2  against the Defendant, JOHN PITTMAN, on all counts of Plaintiff's Complaint; and it is further ordered
3  and adjudged that said Judgment shall include the following specific findings of fact and awarding of
4  specific relief:

6  THEREFORE, IT IS HEREBY
7  ORDERED that Defendant John Pittman pay Plaintiffs compensatory damages in the amount of
8  $25,707.42 and interest accrued in the amount of $4,511.48.
9  ORDERED that Defendant John Pittman pay Plaintiffs attorneys' fees and costs in the amount of
10 $1,503.58; and it is further
11 ORDERED that jurisdiction of this case shall be retained by this Court for the purpose of
12 enforcement of this Judgment.
13 ENTERED this 23rd day of Dec, 2002.

Honorable Kent J. Dawson
UNITED STATES DISTRICT JUDGE

...